IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In Re:* | ) | Chapter 7 |
| | ) | Bankruptcy No. 09 B 38350 |
| DOUGLAS PRATT and | ) | Judge Manuel Barbosa |
| ELIZABETH J. OLSON, | ) | |
| Debtor(s). | ) | |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Myler, Ruddy & McTavish, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on October 14, 2009. This Court on December 17, 2009 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $1,960.00 in compensation for 6.2 hours of services performed for the period December 8, 2009 through April 30, 2010, and reimbursement of actual expenses in the amount of $0.00.

3. A description of the nature of the services rendered by the Applicant is as follows: Trustee determined at the Sec. 341 meeting that debtor held an uncashed refund check from a hospitalization policy. Trustee counsel was hired to administer this sole asset of the estate. Trustee counsel checked claims and assisted trustee in the preparation of this final report.

4. Attached as Exhibit "F" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|----------|-------|-------------|-----------|
| CJM | 4.00 | $325.00 | $1,300.00 |
| RGL | 2.20 | $300.00 | $660.00 |

6. The categories and number of hours in which applicant performed services are as follows:

(1) Asset Analysis and Recovery: Identification and review of potential assets including causes of action and non-litigation recoveries - .0 hrs.

(2) Asset Disposition: Sales, leases (§365 matters), abandonment and related transaction work - 0 hrs.

(3) Business Operations: Issues related to debtor-in-possession operating in Chapter 11 such as employee, vendor, tenant issues and other similar problems - 0 hrs.

(4) Case Administration: Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries - 4.0 hrs.

(5) Claims Administration and Objections: Specific claim inquiries, bar date motions, analyses, objections and allowances of claims - 0 hrs.

(6) Employee Benefits/Pensions: Review issues such as severance, retention, 401K coverage and continuance of pension plan - 0 hrs.

(7) Fee/Employment Applications: Preparation of employment and fee applications and fee applications of others - 2.2 hrs.

(8) Fee/Employment Objections: Review of and objections to the employment and fee applications of others - 0 hrs.

(9) Financing: Matters under §§361, 363 and 364 including cash collateral and secured claims; loan document analysis - 0 hrs.

(10) Litigation - 0 hrs.

(11) Meetings of Creditors: Preparing for and attending the conference of creditors, the §341(a) meeting, and other creditors' committee meetings - 0 hrs.

(12) Plan and Disclosure Statement: Formulation, presentation and confirmation, compliance with the plan confirmation order; related orders and rules; disbursement and case closing activities, except those related to the allowance and objection of claims - 0 hrs.

(13) Relief from Stay Proceedings: Matters relating to termination or continuation of automatic stay under §362 - 0 hrs.

Total        6.2 hrs

7.    Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable

8.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,960.00 and reimbursement of actual and necessary expenses of $0.00 for legal services rendered in this case.

DATE: March 19, 2010

RESPECTFULLY SUBMITTED,
Myler, Ruddy & McTavish
/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602

Myler, Ruddy & McTavish
105 East Galena Blvd.
8th Floor
Aurora, IL  6050

Invoice submitted to:
United States Trustee

March 19, 2010

In Reference To:  Douglas Pratt and Elizabeth Olson
                  09-38350

Invoice #17357

Professional Services

|            |     |                                                                                      | ~~Category~~ | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------|-------|--------|
| 12/8/2009  | CJM | Prepare notice, motion and order to hire attorneys for trustee; file                 | 7        | 1.00  | 325.00 |
| 12/17/2009 | RGL | Travel to Geneva on motion to employ attorneys                                       | 7        | 1.20  | 360.00 |
| 3/4/2010   | CJM | Review claims including Motorola Credit Union; telephone call to credit union re: failure to provide exhibit | 4 | 1.00 | 325.00 |
| 3/15/2010  | CJM | Prepare final report                                                                 | 4        | 2.00  | 650.00 |
| 4/30/2010  | RGL | Travel to Geneva for hearing on final report (estimated)                             | 4        | 1.00  | 300.00 |
|            |     | TOTALS                                                                               |          | 6.20  | $1,960.00 |

Additional Charges :


EXHIBIT F