UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PRATT, DOUG § Case No. 09-38350
OLSON, ELIZABETH J §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 5/6/10 in Courtroom 140, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/29/2010    By: /s/CHARLES J. MYLER
                                Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: PRATT, DOUG § Case No. 09-38350
OLSON, ELIZABETH J §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,982.97 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,982.97 |

Claims of secured creditors will be paid as follows:

*Claimant*                                  *Proposed Payment*
                           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 1,848.30 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 1,960.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 14.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*            *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,319.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Gregory M. Karr, D.D.S. | $ 1,475.04 | $ 243.81 |
| 2 | American Express Centurion Bank | $ 6,934.60 | $ 1,146.21 |
| 3 | eCAST Settlement Corporation, assignee | $ 29,248.60 | $ 4,834.48 |
| 4 | Motorola Employees Credit Union | $ 5,343.85 | $ 883.28 |
| 5 | Capital Recovery III LLC As Assignee | $ 317.57 | $ 52.49 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: cgreen                 Page 1 of 1                  Date Rcvd: Apr 08, 2010
Case: 09-38350                 Form ID: pdf006              Total Noticed: 24


The following entities were noticed by first class mail on Apr 10, 2010.
db/jdb        +Doug Pratt,   Elizabeth J Olson,   240 N Worth Ave,   Elgin, IL 60123-3447
aty           +Charles J Myler,   Myler Ruddy & McTavish,   111 West Downer Place,   Suite 400,
                Aurora, IL 60506-6110
aty           +James A Young,   James A Young & Associates, Ltd.,   47 DuPage Court,   Elgin, IL 60120-6421
aty           +Richard G Larsen,   Myler Ruddy & McTavish,   111 West Downer Place,   Suite 400,
                Aurora, IL 60506-6110
tr            +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
                Aurora, IL 60505-3338
14915666       American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14579508       American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern, PA 19355-0701
14579509      +Americas Servicing Co,   Attention: Bankruptcy,   1 Home Campus,   Des Moines, IA 50328-0001
14579511      +Amr Eagle Bk,   556 Randall Road,   South Elgin, IL 60177-3315
14579512      +Cardiac & Vascular Specialists, S.C,   915 Center St, Suite 2001,   Elgin, IL 60120-2112
14579513      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14579515      +Creditors Interchange,   80 Holz Drive,   Buffalo, NY 14225-1470
14579516       Diamond Resorts Fs,   9921 Covington Cr,   Las Vegas, NV 89144
14579517      +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
                Houston, TX 77081-1108
14579518      +Gregory M. Karr, D.D.S.,   431 Summit Street Suite 105,   Elgin, IL 60120-3861
14579519      +Merchants Credit Guide Co.,   223 W. Jackson Blvd.,   Chicago, IL 60606-6993
14579520       Motorola Employees Credit Union,   1205 E. Algonquin Road,   Schaumburg, IL 60196-4040
14579521       Resorts West- RPPOA,   PO BOX 5721,   Stateline, NV 89449-5721
14579522       Ridge Pointe Property Asso,   PO Box 5721,   Stateline, NV 89449-5721
14579523       Sherman Hospital,   35134 Eagle Way,   Chicago, IL 60678-1351
14579524      +United Anesthesia Associates,   5452 Reliable Parkway,   Chicago, IL 60686-0001
14932580       eCAST Settlement Corporation, assignee,   of Chase Bank USA, N.A.,   POB 35480,
                Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Apr 08, 2010.
15015073      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2010 00:03:32
                Capital Recovery III LLC As Assignee,   of GE Capital JC Penney Consumer,
                Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
14579514      +E-mail/Text: resurgentbknotifications@resurgent.com                             Collection,
                Attn: Bankrutpcy Department,   Po Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14579510*     +Americas Servicing Co,   Attention: Bankruptcy,   1 Home Campus,   Des Moines, IA 50328-0001
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2010**          **Signature:** *Joseph Speetjens*