# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PRATT, DOUG  § Case No. 09-38350
    OLSON, ELIZABETH J  §
      §
      §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $213,720.00 | Assets Exempt: $37,945.00 |
| Total Distribution to Claimants: $7,161.48 | Claims Discharged Without Payment: $36,158.18 |
| Total Expenses of Administration: $3,822.70 | |

3) Total gross receipts of $ 10,984.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $10,984.18 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 1,974.40 | 3,822.70 | 3,822.70 | 3,822.70 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 43,319.66 | 43,319.66 | 7,161.48 |
| TOTAL DISBURSEMENTS | $1,974.40 | $47,142.36 | $47,142.36 | $10,984.18 |

4) This case was originally filed under Chapter 7 on October 14, 2009. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2010    By: /s/CHARLES J. MYLER
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Check Insurance Proceeds | 1129-000 | 10,981.81 |
| Interest Income | 1270-000 | 2.37 |
| **TOTAL GROSS RECEIPTS** | | **$10,984.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 1,848.30 | 1,848.30 | 1,848.30 |
| Charles J. Myler | 2200-000 | N/A | 14.40 | 14.40 | 14.40 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 1,960.00 | 1,960.00 | 1,960.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,822.70 | 3,822.70 | 3,822.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory M. Karr, D.D.S. | 7100-000 | N/A | 1,475.04 | 1,475.04 | 243.85 |
| American Express Centurion Bank | 7100-000 | N/A | 6,934.60 | 6,934.60 | 1,146.41 |
| eCAST Settlement Corporation, assignee | 7100-000 | N/A | 29,248.60 | 29,248.60 | 4,835.29 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Motorola Employees Credit Union | 7100-000 | N/A | 5,343.85 | 5,343.85 | 883.43 |
| Capital Recovery III LLC As Assignee | 7100-000 | N/A | 317.57 | 317.57 | 52.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 43,319.66 | 43,319.66 | 7,161.48 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-38350
Case Name: PRATT, DOUG
OLSON, ELIZABETH J
Period Ending: 07/20/10

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 10/14/09 (f)
§341(a) Meeting Date: 11/23/09
Claims Bar Date: 03/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Timeshare: Lake<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Location: 240 N Worth, Single Family HOme<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 202,000.00 | 134,247.00 | DA | 0.00 | FA |
| 3 | Mid America/National City Bank checking<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc household furniture & appliances; TV, washe<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Art objects<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | clothing<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc costume jewelry<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Camera<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 220.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension Plan- The Northern Trust Company<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | car<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1996 Honda Odyssey 132,000 miles<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 1,975.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2004 Hyundai Elantra 52,000 miles<br>  Orig. Asset Memo: Imported from original petition | 3,775.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-38350　　　　　　　　　　　　　　　Trustee:　　(330510)　　CHARLES J. MYLER
Case Name:　PRATT, DOUG　　　　　　　　　　　　Filed (f) or Converted (c):　10/14/09 (f)
　　　　　　OLSON, ELIZABETH J　　　　　　　　　§341(a) Meeting Date:　11/23/09
Period Ending: 07/20/10　　　　　　　　　　　　　Claims Bar Date:　03/17/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 1 |  |  |  |  |  |
| 13 | computer, printer<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 350.00 | 0.00 | DA | 0.00 | FA |
| 29 | Pension Motorla<br>Orig. Asset Memo: Imported from Amended Doc#:<br>21 | Unknown | 0.00 | DA | 0.00 | FA |
| 33 | Check Insurance Proceeds<br>Orig. Asset Memo: Imported from Amended Doc#:<br>21 | 10,981.81 | 10,981.81 |  | 10,981.81 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 2.37 | FA |
| 16 | Assets   Totals (Excluding unknown values) | $224,701.81 | $145,228.81 |  | $10,984.18 | $0.00 |

**Major Activities Affecting Case Closing:**

　　Distribution report sent to US Trustee 6/15/10

Initial Projected Date Of Final Report (TFR):　March 31, 2010　　　　　Current Projected Date Of Final Report (TFR):　April 8, 2010 (Actual)

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-38350 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | PRATT, DOUG | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | OLSON, ELIZABETH J | | Account: | \*\*\*-\*\*\*\*\*42-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9388 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/20/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/08/09 | {33} | United American Insurance Co. | Insurance proceeds | 1129-000 | 10,981.81 | | 10,981.81 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 10,982.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,982.56 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,982.97 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 10,983.46 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 10,983.53 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*4265 | Wire out to BNYM account 9200\*\*\*\*\*\*4265 | 9999-000 | -10,983.53 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -10,983.53 | 0.00 | |
| | | | Subtotal | | 10,983.53 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,983.53 | $0.00 | |

Printed: 07/20/2010 03:36 PM   V.12.08

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-38350 | | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|---|
| Case Name: | PRATT, DOUG | | | Bank Name: | The Bank of New York Mellon |
| | OLSON, ELIZABETH J | | | Account: | 9200-******42-65 - Money Market Account |
| Taxpayer ID #: | **-***9388 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/20/10 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4265 | Wire in from JPMorgan Chase Bank, N.A. account *******4265 | 9999-000 | 10,983.53 | | 10,983.53 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.52 | | 10,984.05 |
| 05/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.13 | | 10,984.18 |
| 05/07/10 | | To Account #9200******4266 | Transfer to checking | 9999-000 | | 10,984.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,984.18 | 10,984.18 | $0.00 |
| | | | Less: Bank Transfers | | 10,983.53 | 10,984.18 | |
| | | | Subtotal | | 0.65 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.65 | $0.00 | |

Printed: 07/20/2010 03:36 PM   V.12.08

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-38350 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | PRATT, DOUG | | Bank Name: | The Bank of New York Mellon |
| | OLSON, ELIZABETH J | | Account: | 9200-******42-66 - Checking Account |
| Taxpayer ID #: | **-***9388 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/20/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | | From Account #9200******4265 | Transfer to checking | 9999-000 | 10,984.18 | | 10,984.18 |
| 05/07/10 | 101 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $1,960.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,960.00 | 9,024.18 |
| 05/07/10 | 102 | CHARLES J. MYLER | Dividend paid 100.00% on $1,848.30, Trustee Compensation; Reference: | 2100-000 | | 1,848.30 | 7,175.88 |
| 05/07/10 | 103 | Charles J. Myler | Dividend paid 100.00% on $14.40, Trustee Expenses; Reference: | 2200-000 | | 14.40 | 7,161.48 |
| 05/07/10 | 104 | Gregory M. Karr, D.D.S. | Dividend paid 16.53% on $1,475.04; Claim# 1; Filed: $1,475.04; Reference: | 7100-000 | | 243.85 | 6,917.63 |
| 05/07/10 | 105 | American Express Centurion Bank | Dividend paid 16.53% on $6,934.60; Claim# 2; Filed: $6,934.60; Reference: | 7100-000 | | 1,146.41 | 5,771.22 |
| 05/07/10 | 106 | eCAST Settlement Corporation, assignee | Dividend paid 16.53% on $29,248.60; Claim# 3; Filed: $29,248.60; Reference: | 7100-000 | | 4,835.29 | 935.93 |
| 05/07/10 | 107 | Motorola Employees Credit Union | Dividend paid 16.53% on $5,343.85; Claim# 4; Filed: $5,343.85; Reference: | 7100-000 | | 883.43 | 52.50 |
| 05/07/10 | 108 | Capital Recovery III LLC As Assignee | Dividend paid 16.53% on $317.57; Claim# 5; Filed: $317.57; Reference: | 7100-000 | | 52.50 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,984.18 | 10,984.18 | $0.00 |
| Less: Bank Transfers | 10,984.18 | 0.00 | |
| Subtotal | 0.00 | 10,984.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,984.18 | |

| Net Receipts : | 10,984.18 |
|---|---|
| Net Estate : | $10,984.18 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****42-65 | 10,983.53 | 0.00 | 0.00 |
| MMA # 9200-******42-65 | 0.65 | 0.00 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 10,984.18 | 0.00 |
| | $10,984.18 | $10,984.18 | $0.00 |